IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE:

Paris N Winston

, Debtor(s)

Case No.: 17-00117

Judge: Debra L. Thorne

Chapter: 13

# NOTICE OF COVERSION FROM
# CHAPTER 13 TO CHAPTER 7

NOTICE IS GIVEN THAT:

    Debtor, Paris N Winston, is converting her Chapter 13 Bankruptcy to Chapter 7 Bankruptcy.

/s/ Salvador J. Lopez

Salvador J. Lopez
**ARDC # 6298522**
Robson & Lopez LLC
180 W. Washington, Suite 700
Chicago, IL 60602
(312) 523-2166